*Monday,*
*December* 17.

CRAIG *v.* REYNOLDS and Others.

APPEAL from the *Montgomery* Circuit Court.

*Per Curiam.*—Suit for goods sold. Pleas, the general issue and payment. Judgment by the Court on the evidence for the plaintiffs. Appeal. The question is alone upon the weight of evidence. The judgment below was right, and is affirmed, with 5 per cent. damages and costs.

*J. E. McDonald* and *J. Wilson,* for the appellant.

*S. C. Willson,* for the appellees.